## Nicholson *against* Lothrop.

GOLD, in behalf of the defendant, moved to change the *venue*, in this cause, from the county of *Albany*, to the county of *Oneida.* The action was for a *libel*, stated to have been published by the defendant, in a paper printed at *Utica*, in the county of *Oneida*, where the defendant resides. It was stated, that the cause of action, if any, arose in *Oneida* county, and that the defendant had a number of witnesses in that county, and also in the county of *Herkimer.*

*Per Curiam.* As the defendant states, that he has material witnesses in the counties of *Oneida* and *Herkimer*, without mentioning how many of them reside in each, and as the plaintiff resides in the latter county, we grant the motion, with liberty to the plaintiff to elect, within twenty days, to lay his *venue* either in *Oneida* or *Herkimer.*

Rule granted.

*In an action for a libel, if the defendant swears that the libel was published in a different county from that in which the venue is laid, and that he has a number of material witnesses residing in such county, the court will direct the venue to be changed.*